1
2
3
4
5
6
7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   ROBBIE RUSSELL VIEHMEYER,          ) NO. SACV 06-860 ODW(SS)
                                        )
12                    Petitioner,       )
                                        )
13            v.                        )          **JUDGMENT**
                                        )
14   RAUL LOPEZ, Acting Warden,         )
                                        )
15                    Respondent.       )
     _____)

16

17

18        Pursuant to the Court's Order Adopting Findings, Conclusions and

19   Recommendations of United States Magistrate Judge,

20

21        IT IS HEREBY ADJUDGED that the above-captioned action is dismissed

22   with prejudice.

23

24        DATED: July 22, 2010

25                                      _____
                                        OTIS D. WRIGHT, II
26                                      UNITED STATES DISTRICT JUDGE

27

28